AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Marvin Anibal Tecun-Batzibal and Lucas Batzibal-Mejia, on behalf of themselves and others similarly situated

*Plaintiff(s)*

v.

Pie Chatach 1776 LLC d/b/a Pescada, Rovi Cohen, Yaniv Benisty, Raphael Treitel, and Dan Mizrachi

*Defendant(s)*

Civil Action No. 22-CV-2492

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pie Chatach 1776 LLC c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue - 6th Floor, Albany, NY 12231;

Rovi Cohen, 1776 Ocean Avenue, Brooklyn, NY 11230;
Yaniv Benisty, 1776 Ocean Avenue, Brooklyn, NY 11230;
Raphael Treitel, 1776 Ocean Avenue, Brooklyn, NY 11230;
Dan Mizrachi, 1776 Ocean Avenue, Brooklyn, NY 11230.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cilenti & Cooper, PLLC
200 Park Avenue - 17th Floor
New York, New York 10166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/2/2022

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*